IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

UNITED STATES                                                                                          PLAINTIFF

v.                                         Case No.  3:13-CR-30010

ROBERT DAVID TROWBRIDGE
                                                                                                       DEFENDANT

### O R D E R

The Court has received proposed findings and recommendations (Doc. 26) from Chief United States Magistrate Judge James R. Marschewski.  Both parties have waived the right to object to the report and recommendation for the purpose of expediting acceptance of the guilty plea in this matter. (Doc. 25).

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is ADOPTED IN ITS ENTIRETY.

Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Defendant's guilty plea is accepted and the written plea agreement is tentatively approved, subject to final approval at sentencing.

IT IS SO ORDERED this 24th day of October, 2013.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE

Case 3:13-cr-30010-PKH   Document 27   Filed 10/24/13   Page 2 of 2 PageID #: 64